# United States Court of Appeals
## For the First Circuit

No. 15-1445

IN RE: FIDELITY ERISA FLOAT LITIGATION

TIMOTHY M. KELLEY, and all others similarly situated, et al.,

Plaintiffs, Appellants,

v.

FIDELITY MANAGEMENT TRUST COMPANY, et al.,

Defendants, Appellees.

**JUDGMENT**

Entered: July 13, 2016

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Peter J. Mougey
Elizabeth A. Ryan
John J. Roddy
Garrett W. Wotkyns
Gregory Y. Porter
Mark T. Johnson
Todd M. Schneider
Laura S. Dunning
Danielle Andrews Long
Robert A. Izard Jr.

Craig A. Raabe
Elizabeth R. Leong
Bradford S. Babbitt
Thomas G. Shapiro
Michelle H. Blauner
Joseph F. Savage Jr.
Alison V. Douglass
Brian D. Boyle
Jonathan Hacker
Bradley N. Garcia
Elizabeth Hopkins
David M. Ellis