# United States Court of Appeals
## For the First Circuit

No. 15-1445

IN RE: FIDELITY ERISA FLOAT LITIGATION

TIMOTHY M. KELLEY, and all others similarly situated; JAMIE A. FINE, and all other similarly situated; COLUMBIA AIR SERVICES, INC., individually and on behalf of all others similarly situated; PATRICIA BOUDREAU, individually and on behalf of all others similarly situated; ALEX GRAY, individually and on behalf of all others similarly situated; BOBBY NEGRON, individually and on behalf of all others similarly situated; KORINE BROWN, individually and on behalf of all others similarly situated

Plaintiffs - Appellants

v.

FIDELITY MANAGEMENT TRUST COMPANY; FIDELITY MANAGEMENT & RESEARCH COMPANY; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.

Defendants - Appellees

FIDELITY INVESTMENTS; JOHN DOES 1-25

Defendants

## MANDATE

Entered: August 4, 2016

    In accordance with the judgment of July 13, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Bradford S. Babbitt

Michelle H. Blauner
Brian D. Boyle
Alison V. Douglass
Laura S. Dunning
David M. Ellis
Bradley N. Garcia
Jonathan Hacker
Elizabeth Hopkins
Robert A. Izard Jr.
Mark T. Johnson
Elizabeth R. Leong
Danielle Andrews Long
Peter J. Mougey
Gregory Y. Porter
Craig A. Raabe
John J. Roddy
Elizabeth A. Ryan
Joseph F. Savage Jr.
Todd M. Schneider
Thomas G. Shapiro
Garrett W. Wotkyns